IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| BARNEY BIVINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 119-157 |
| | ) | |
| C.R. BARD INCORPORATED and BARD PERIPHERAL VASCULAR INCORPORATED, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Before the Court is the parties' Joint Stipulation and Motion to Stay Proceedings, wherein the parties request a stay of discovery and all pretrial deadlines to enable the parties to engage in settlement negotiations. (Doc. no. 23.) For good cause shown, the Court **GRANTS** the motion and **STAYS** all discovery in this action through and including March 20, 2020. In the event settlement negotiations are not successful, the parties shall confer and submit a proposed joint revised scheduling order on or before March 20, 2020.

SO ORDERED this 20th day of December, 2019, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA