IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| BARNEY BIVINS, | * |
| Plaintiff, | * |
| v. | * CV 119-157 |
| C.R. BARD INCORPORATED and BARD PERIPHERAL VASCULAR INCORPORATED, | * |
| Defendants. | * |

**ORDER**

On May 5, 2020, counsel for Plaintiff Barney Bivins informed the Court of Mr. Bivins's death. (Notice & Mot. for Substitution, Doc. 33; Death Certificate, Doc. 34.) Plaintiff's counsel moves, under Federal Rule of Civil Procedure 25, to substitute Mr. Bivens's "daughter and lawful representative," Tanya Thomas, for Barney Bivens as plaintiff in this action. (Notice & Mot. for Substitution, at 1; Death Certificate.) Upon due consideration, the motion for substitution (Doc. 33) is **GRANTED**. In place of Plaintiff Barney Bivins, the Clerk is **DIRECTED** to substitute Tanya Thomas as surviving daughter and lawful representative of Barney Bivins, deceased.

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of June, 2020.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA