IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| BARNEY BIVINS, | * |
| Plaintiff, | * |
| v. | *   CV 119-157 |
| CR BARD, INC. and BARD PERIPHERAL VASCULAR, INC., | * |
| Defendants. | * |

**O R D E R**

Before the Court is the Parties' stipulation to dismiss without prejudice. (Doc. 60.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this case shall be **DISMISSED WITHOUT PREJUDICE.** Each Party shall bear its own costs and fees. The case remains **CLOSED.**

**ORDER ENTERED** at Augusta, Georgia, this 29th day of April, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA